*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

STEVEN SCHNEIDER and JULIE ANN
SCHNEIDER,

       Plaintiffs-Appellants,

v

CITY OF ORCHARD LAKE VILLAGE and
GERRY MCCALLUM,

       Defendants,

and

BARTON RACHWAL and ANDREA RACHWAL,

       Defendants-Appellees.

UNPUBLISHED
May 26, 2022

No. 357380
Oakland Circuit Court
LC No. 2018-164868-CH

Before: BORRELLO, P.J., and SHAPIRO and HOOD, JJ.

SHAPIRO, J. (*concurring*).

I am not convinced that *Pransky v Falcon Group, Inc*, 311 Mich App 164; 874 NW2d 367 (2015), is wholly controlling as to consent judgments. However, the record in this case indicates that defendants failed to take any action whatsoever to notify plaintiffs that attorney fees were at issue. In addition to not filing a counterclaim, defendants did not file an answer or affirmative defenses and its motion under MCR 2.116(C)(8) made no reference to a request for attorney fees. Accordingly, I concur.

/s/ Douglas B. Shapiro